# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BIG ROCK SPORTS, LLC**                                                               **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:17-cv-00117-LG-RHW**

**GREEN CANYON OUTFITTERS, LLC
AND JAMES BRENNAN MARLOWE
AKA BRENNAN MARLOWE**                                        **DEFENDANTS**

## DEFAULT JUDGMENT AS TO GREEN CANYON OUTFITTERS, LLC

One of the Defendants, particularly Green Canyon Outfitters, LLC, having failed to appear, plead, or otherwise defend in this action, and default having been entered on May 26, 2017 and counsel for the Plaintiff, Big Rock Sports, LLC having requested judgment against the defaulted Defendant, Green Canyon Outfitters, LLC, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Big Rock Sports, LLC as against Defendant Green Canyon Outfitters, LLC in the total amount of $581,541.85 (which includes a principal amount due and owing in the amount of $581,141.85 plus court costs in the amount of $400.00) plus interest on the judgment at the federal legal rate until the judgment is satisfied.

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2017.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE

Prepared and Presented By:
*/s/ Jenessa Carter Hicks*
David E. Rozier, Jr. (MSB #5712)
Jenessa Carter Hicks (MSB #103287)
Rozier Law Firm, PLLC
2091 Old Taylor Road, Ste. 102
PO Box 2388
Oxford, MS  38655

Telephone: 662.234.0065/Facsimile: 662.234.3007
Email: dave@rozierlawfirm.com/jhicks@rozierlawfirm.com